IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | |
|---|---|
| SEAL | PLAINTIFF, |
| V. | CIVIL ACTION NO. 1:13-cv-295 HSO RHW |
| SEAL | DEFENDANT. |

FILED UNDER SEAL

UNITED STATES OF AMERICA'S
NOTICE OF INTEREVENTION FOR SETTLEMENT

Respectfully submitted,

HAROLD BRITTAIN
Acting United States Attorney
Southern District of Mississippi

Dated: August 9, 2017   By: *Marc A. Perez*
MARC A. PEREZ
Assistant United States Attorney
Wash. Bar No. 33907
501 East Court Street, Suite 4.430
Jackson, MS 39201
Tel.:    (601) 965-4480
Fax:    (601) 965-4409
E-mail:    Marc.Perez@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA, *ex rel.*            PLAINTIFF,
Bryon Faulkner, Relator,

V.                                      CIVIL ACTION NO. 1:13-cv-295 HSO RHW

HUNTINGTON INGALLS INDUSTRIES, INC.,            DEFENDANT.

**FILED UNDER SEAL**

**UNITED STATES OF AMERICA'S
NOTICE OF ELECTION TO INTERVENE**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States of America notifies the Court that it is intervening in this action for the sole purpose of filing a Joint Stipulation of Dismissal consistent with a Settlement Agreement between the United States, Relator Bryon Faulkner, and Defendant Huntington Ingalls Industries, Inc., dated August 9, 2017. After receiving payment under the Settlement Agreement, which is due by August 16, 2017, the parties will file a Joint Stipulation of Dismissal.

The United States requests that the Relator's complaint, this notice, and the attached proposed order be unsealed. Additionally, the United States requests that all other pleadings and documents filed in this action remain under seal because, in discussing the content and extent of the United States' investigation, those pleadings and documents were provided to the Court only and for the sole purpose of evaluating whether the case should remain sealed and the time for making an election to intervene should be extended. Finally, a proposed order

accompanies this notice.

                                    Respectfully submitted,

                                    HAROLD BRITTAIN
                                    Acting United States Attorney
                                    Southern District of Mississippi

Date: <u>August 9, 2017</u>            By: */s/ Marc A. Perez*
                                    MARC A. PEREZ
                                    Assistant United States Attorney
                                    Wash. Bar No. 33907
                                    501 East Court Street, Suite 4.430
                                    Jackson, MS 39201
                                    Tel.:       (601) 965-4480
                                    Fax:       (601) 965-4409
                                    E-mail:   Marc.Perez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I caused the foregoing document to be filed conventionally with the Clerk of Court, and I caused a true and correct copy of the foregoing document to be electronically mailed to the party noted below on August 9, 2017.

J. Brad Pigott, Esq.
Pigott & Johnson, P.A.
775 N. Congress Street
Post Office Box 22725
Jackson, Mississippi 39225-2725
*Attorney for Relator*

Date: August 9, 2017

*/s/ Marc A. Perez*
MARC A. PEREZ
Assistant United States Attorney