IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,** *ex rel.* **PLAINTIFF,**
Bryon Faulkner, Relator

**V.** **CIVIL ACTION NO: 1:13-cv-295 HSO RHW**

**HUNTINGTON INGALLS INDUSTRIES, INC.,** **DEFENDANT.**

## ORDER

The United States of America having intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that the Relator's Complaint, the United States' Notice of Election to Intervene, and this Order be unsealed;

IT IS FURTHER ORDERED that all other previously-filed pleadings and documents in this action remain under seal and not be made public or served upon the defendant;

IT IS FURTHER ORDERED that the seal shall be lifted on all matters occurring in this action after the date of this Order.

IT IS SO ORDERED,

This 14th day of August, 2017.

s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE